UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

WALTER MELIM, II,

    Plaintiff,

-vs-                                             CASE NO.: 5:17-CV-00118-JSM-PRL

STATE FARM BANK, F.S.B.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

**COMES NOW** the Plaintiff, Walter Melim, II, and the Defendant, State Farm Bank, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate to dismiss, with prejudice, each claim and count therein asserted by Plaintiff against the Defendant in the above styled action, with Plaintiff and Defendant to bear their own attorney's fees, costs and expenses.

Respectfully submitted this 31st day of October, 2017.

| | |
|---|---|
| */s/Frank H. Kerney, III, Esquire* | */s/David A. Mercer, Esquire* |
| Frank H. Kerney, III, Esquire | David A. Mercer, Esquire |
| Florida Bar #: 88672 | Florida Bar No. 156035 |
| Morgan & Morgan, Tampa, P.A. | Butler Weihmuller Katz Craig LLP |
| One Tampa City Center | 400 N. Ashley Drive, Suite 2300 |
| 201 North Franklin Street, 7th Floor | Tampa, FL 33602 |
| Tampa, FL 33602 | Telephone: (813) 281-1900 |
| Telephone: (813) 223-5505 | Facsimile: (813) 281-0900 |
| Facsimile: (813) 223-5402 | dmercer@butler.legal |
| fkerney@forthepeople.com | Counsel for Defendant |
| jkneeland@forthepeople.com | |
| cfallara@forthepeople.com | |
| Counsel for Plaintiff | |

**CERTIFICATE OF SERVICE**

    I hereby certify that on October 31, 2017, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system and that a Notice of this filing will be sent to the following by operation of the Court's Electronic Filing System:  David A. Mercer, Esquire, Butler Pappas Weihmuller Katz Craig LLP, 400 N. Ashley Drive, Suite 2300, Tampa, FL 33602 (dmercer@butlerpappas.com; tbarry@butler.legal).

                                                      */s/Frank H. Kerney, III, Esquire*
                                                      Frank H. Kerney, III, Esquire
                                                      Counsel for Plaintiff